UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ROBERT ROSENTHAL,                                       :

             Plaintiff,                             :        ORDER

                                                     :        21 Civ. 918 (GBD) (GWG)

   -v.-                                                  :

AETNA HEALTH INC.,                                     :

             Defendant.                             :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Defendant Aetna Life Insurance Company has filed a motion to dismiss this case.  See Notice of Motion, filed March 16, 2021 (Docket # 14).  The Court had previously ordered that plaintiff was required to file any opposition to defendant's motion by March 25, 2021.  See Memorandum Endorsement, filed February 12, 2021 (Docket # 11), at 3.  That date has now passed and no response by plaintiff has been filed.

      Given plaintiff's pro se status, the Court will extend plaintiff's time to respond to defendant's motion to May 3, 2021.  No further extensions shall be granted.  Plaintiff is warned that failure to respond by that date may result in dismissal of this case for failure to prosecute, pursuant to Fed. R. Civ. P. 41(b).  Should plaintiff respond by that date, defendant may reply by May 17, 2021.

      The Clerk is requested to mail a copy of this Order to plaintiff.

Dated: April 12, 2021
       New York, New York

SO ORDERED.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge