UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                     :

ROBERT ROSENTHAL
                                                     :

                Plaintiff,                          <u>ORDER</u>
                                                     :

     -v.-

                                                     :        21 Civ. 918 (GBD) (GWG)

  AETNNA HEALTH INC.                            :

               Defendant.                         :
---------------------------------------------------------------x
GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Plaintiff shall file a letter by March 4, 2022, explaining why his stroke prevented him from complying the Court's prior orders. On or before the same date, he shall file a memorandum or letter setting forth any arguments he has to make in response to the motion to dismiss (dated March 16, 2021). Plaintiff shall file these papers on or before March 4, 2022.

      If plaintiff fails to make any filing by March 4, 2022, this case may be dismissed for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure. If plaintiff needs additional time for a medical or any other reasons, he should file a letter so explaining. Plaintiff may file the opposition by email by sending it in pdf form to Temporary Pro Se Filing@nysd.uscourts.gov. In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007

      The Court notes that the Pro Se Intake Unit at the United States Courthouse, 40 Centre Street, Room 105, New York, New York ((212) 805-0175) may be of assistance to the plaintiff in connection with court procedures. Also, plaintiff may wish to seek assistance from the New York Legal Assistance clinic at (212) 659-6190.

      The Clerk is directed to mail a copy of this Order to plaintiff.

      SO ORDERED.

Dated: February 4, 2022
       New York, New York

                                                           GABRIEL W. GORENSTEIN
                                                           United States Magistrate Judge